# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

_____

ROOSEVELT MCCORMICK

      Plaintiff,

v.                              CASE No. 13-11098-DT

JANE DOES, AND CORIZON HEALTH
CARE INC.,

      Defendants.

_____/

## JUDGMENT

In accordance with the "Order Adopting Magistrate Judge's Report and Recommendation Granting Defendant Corizon Health Care, Inc., Motion to Dismiss" entered on March 6, 2014 and the "Order Adopting the Magistrate Judge's Report and Recommendation Dismissing the Jane Doe Defendants" entered this date,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff Roosevelt McCormick  Dated at Detroit, Michigan, this 25th day April 2014.


DAVID J. WEAVER
CLERK OF COURT


BY: s/Lisa Wagner
Lisa Wagner Case  Manager to
Judge Robert H. Cleland

.